1  JAMES CAI, ESQ., SBN: 200189
2  DAVID LAVINE, ESQ., SBN: 166744
   SCHEIN & CAI LLP
3  111 N. Market Street, Suite 1020
   San Jose, California 95113
4  Phone: (408) 436-0739; Fax: (408) 436-0758
   *Attorneys for Plaintiff FOXIT CORPORATION*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOXIT CORPORATION,

          Plaintiff(s),

v.

ZINIO LLC,

          Defendant(s).

Case No. C-13-02264-SI

**PLAINTIFF'S STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FILED MAY 17, 2013**

**WHEREAS**, Plaintiffs FOXIT CORPORATION ("Plaintiff") filed a Complaint against Defendant ZINIO, LLC ("Zinio") on or about May 17, 2013, in this Court; and

**WHEREAS**, Plaintiff served Zinio with the Complaint on May 17, 2013, which would cause Zinio's response to be due June 7, 2013 (*i.e.*, 21 days from the date of service); and

WHEREAS, Local Rule 6-1(a) of the United States District Court Northern District of California provides that the parties may stipulate to extend the time for responding to the Complaint without leave of Court;

**IT IS HEREBY STIPULATED** by Plaintiff, through its counsel of record, that Zinio may have an extension of time to answer, move, or otherwise respond to the Complaint to and including June 28, 2013.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

**IT IS SO STIPULATED THIS** 6th day of June, 2013.

_____
James Cai, Esq.
David Lavine, Esq.
Schein & Cai LLP
111 N. Market Street, Suite 1020
San Jose, California 95113
*Attorneys for Plaintiff FOXIT CORPORATION*

```
        /s/ Robert A. Weikert
Robert A. Weikert
rweikert@nixonpeabody.com
John A. Chatowski
jchatowski@nixonpeabody.com
Nixon Peabody LLP
One Embarcadero Center, Suite 1800
San Francisco, California 94111
```
**Attorneys for Defendant ZINIO LLC**

Peter Smith
  *Attorney to be Admitted Pro Hac Vice*
Ash D. Patel
  *Attorney to be Admitted Pro Hac Vice*
Thompson Hine LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326-4266
**Attorneys for Defendant ZINIO LLC**

IT IS SO ORDERED.

DATED: _____6/11/13_____   By: _____[signature: Susan Illston]_____
                                United States District Court Judge

- 3 -